U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 21 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Confidential Information

4-23CV-1181-O

Patrick Beck #08924510
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

To the Honorable Justices Pittman and O'Connor,

Honorable Sirs, I hope to be of assistance to you. I currently have been held on manufactured evidence and fabricated hearsay. I have been at Fort Worth Medical Center for the past 16 months. I have not been indicted and have been held without adequate legal representation. In November of 2022, I proved the claims against me that allowed for a warrant were not true and the government agreed to release me on probation to defer my case and dismiss it after 16 months. My case is out of Albuquerque, NM. Prior to this arrest in 2022, I was a registered confidential informant. I signed up in 2019 when I lived in Denver. I was an artist and aspiring entrepreneur.

In 2019, I had found my way into politics. I had built a large following on social media, which really led to a situation. Through the course of politics and social networking, many people started threatening, blackmailing, extorting, and harassing me. It ruined my life and many of the people involved are criminals as well as drug dealers. I was tired of them trying to extort me with made up blackmail, and I signed up as an informant. My cover as an artist with a large following worked to uncover criminal enterprising because many of them would brag about their crimes and reveal themselves. The problem became that some law enforcement officers that I reported these criminals to were corrupt. The criminals I was reporting figured out I was reporting them and started ganging up on me by using the internet to communicate. This placed my life at risk and I had to start moving nonstop to protect myself. Somehow, they still were able to track my whereabouts and I had to move every month.

①

I uncovered a lot about these criminal networks, but they were too connected. They had people in the post office, family members in the NSA, and friends in the FBI. They had lawyers who aided them and the false reports became more and more malicious. I was well aware of the situation because I was working nonstop to investigate what they were doing. I was well aware of corruption in law enforcement as I had experienced it first hand as a homeless kid on the streets of Albuquerque. I witnessed many law enforcement officers doing things they should not be doing and involved in activity they should never have been involved with. I ended up beginning college at 16 years old when I finished my high school diploma early by taking night school and summer school to get ahead. I studied electronics, computer engineering, chemical engineering, arts and sciences, and psychology. I am currently one class away from finishing my degree in psychology and have over 300 credit hours. I went to The University of New Mexico and also earned a certificate in leadership from Oxford.

After I found the L.I. program in Colorado, I began studying law on my own time because I couldn't find a civil attorney to help me file lawsuits for the slander and defamation. I also joined a program online to become an FBI officer as well as a similar program for the CIA. I also have traveled around the USA and the world studying anything I could about different cities, how laws structure societies, and sociology as well as different cultures. My great grandfather was a Colonel in the Marine Corps by the name of Walter Moore and he was head of FBI/CIA covert operations in various wars such as Vietnam and Korea. He also taught history at UCLA. He was my inspiration in becoming involved in politics.

(2)

I was arrested regarding the slander and rumors that were spread online and through the courts about me. I have not been given a fair opportunity to fight it, even though there is tons of evidence proving otherwise. Essentially, the slander led to smear campaigns, which turned into a lynch mob that started sending threats of killing me extrajudicially. The people involved kept starting fights with me online and turning my sarcasm into false claims accusing me of threats. These people were gaslighting and eliciting responses from me with slander and defamation that was clearly false. These groups of people grew into large audiences, which in turn would pick on me for entertainment. This spread into law enforcement and the bullying has continued ever since 2019 from social media to false reports to court and now in jail. The harassment still has been ongoing and I have filed suit, which has taken a lot of work on my part. I spend all of my time studying the law, reading, and working on lawsuits.

I also write to many government entities and have been doing my best to get an investigation going for the scandal and corruption I have been facing and exposing. There is a lot of this going on in jail. The same controversy and bullying was used against me through psych evaluations, in continuance of the false and fabricated claims. The evaluators have taken control of my case by claiming everything I say or write as false, and claiming the fabrications as real. It is the same exact strategy as was used against me online and politically, except that now my entire environment is being controlled by bullies. I have not been allowed to talk to my attorney or have the rights to due process of

(3)

cross examination and burdy evidence to prove my side as true. The inconsistencies in the fabricated claims should have been enough when combined with Science, yet New Mexico courts have disregarded me and completely ignored my responses and evidence. I tried to raise the issue at appeal, and the Judge knew right away that the claims were unverified and false, yet the attorney I had at the time misrepresented me and I have been held on psychology evaluations as an excuse not to release me even since, which is why I am suing.

Anyways, the reason I am writing to you has nothing to really do with my case. I have been aiding many inmates to write letters and do legal research to aid their attorneys in any way possible. I have noticed a large amount of the same conduct on other peoples cases. There has an overwhelming amount of fabricated and manufactured claims. Since the other inmates see me working on my case all of the time, they often ask me to help them understand what those words mean and what the legal implications are of their cases. This in turn places me into a unique situation. I get experience in learning about the actual implications of the law and many people come to me about how to approach difficult situations. Many of them do not trust their attorneys. Many of them are interested in a Skill deal or Rule 35(6) deal, but the trust issue gets to become an issue. I believe that we can solve this issue and I can be a neutral party to aid the inmates in making deals with the government for reductions. I believe many crimes can be solved such as unsolved murders, rapists, drug traffic networks, fraud rings, and government corruption. I still want to work as an Undercover Agent or these Past investigator. However, due to the fact that I don't trust anyone else with the issues that I see are needing

(4)

this information confidential, keeping their identities a secret, and protecting their identities. They also want to know the types of deals the government is willing to provide for their cooperation. By aiding the government, it could place many of their lives in jeopardy. Most of them would never be willing to cooperate, but I am good at talking them into aiding the government in this respect.

I believe that many serious crimes could be solved and that the assistance will be substantial. In return, I would like a release option and a more fair chance at defending the case against me to turn in more criminals or just dismissing my case and allowing me to go to law school or work for the FBI or CIA. I could use some help in the form of rewards for all the trouble I have gone through to pay my debts, fix my credit, and rebuild my life. I could use a scholarship as well. Another problem I have found is that the guards might disclose some of the people's information to other prisoners. Not all guards are law abiding citizens. I have seen many drugs make their way into jails to line guards pockets in continuing criminal enterprizing. The prisons become dangerous in this regard because a guard could slip just about anything to a prisoner and this could cause problems for the people who aid the government. It is best to keep their identities a secret on paper and in court proceedings. Many of the inmates have information that the government would find useful in solving crimes and infiltrating criminal networks. In turn, the crime rate will decrease in the Fort Worth area and other major connected cities.

(5)

⑥

This provides a substantial benefit for the community. As of right now, I have even 10 inmates willing to cooperate. The inmates in turn can have information that is disputed removed from their cases or qualify for sentence reductions. I know this will cause a chain reaction and those to inmates, who otherwise would have remained quiet or tried to fight their cases and cost the government more money, would in turn have new opportunities to bring down the big guys and go after the problem directly. This can in turn change the stigma of "ratting" and become the norm, which in turn will save time and money to allocate resources for the betterment of society and lead to a safer community overall. Some inmates are also concerned that more charges will be filed against them by cooperating. Clearly, these issues need to be addressed in the course of cooperation and sentence reduction negotiations. My goal is to Make America Safe Again (M.A.S.A.) and to have a positive effect on society. The case against me has legal grounds to be reversed as it is, but this solution may be easier and I would have an opportunity to get a job and finish my PhD.. It is the right thing to do and I had made efforts to do as such prior to being arrested, yet I have not been given a fair chance in proving it since I was arrested. I believe the system is so used to just processing people who have been arrested, that the overall goal was lost sight of.

After I was arrested, the FBI told my attorney I had filed numerous reports with the FBI and was telling the truth in my case, but that their witness was lying to them for the purpose of having me falsely arrested. Clearly, this is embarrassing for them, and I have not been allowed a single opportunity to prove it. Thank you for your time. If this interests the government, please set up a point of contact for me. Thank You. Jack



NORTH TEXAS TX P&DC
DALLAS TX 750
17 NOV 2023 PM 10 L

Honorable
Judges Pittman and O'connor
Fort Worth Division
District of Northern Texas
501 W. 10th St.
Room 310
Fort Worth, TX 76102

76102-975999

Patrick Bell #08904516
Federal Medical Center
P.O. Box 15330
Fort Worth, TX 76119

Case 4:23-cv-01181-O    Document 1    Filed 11/21/23    Page 8 of 10    PageID 8

