# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| PATRICK BECK, | § |
| Petitioner, | § |
| V. | § NO. 4:23-CV-1181-O |
| WARDEN, FMC FORT WORTH, | § |
| Respondent. | § |

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Patrick Beck under 28 U.S.C. § 2241 for writ of habeas corpus is **DISMISSED**.

**SO ORDERED** this **13th day** of **May, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1